**STATE of Missouri, Respondent,**

v.

**John C. LEWIS, Appellant.**

**No. WD 34977.**

Missouri Court of Appeals,
Western District.

March 6, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied May 1, 1984.

Application to Transfer Denied June 19, 1984.

Fred Duchardt, Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Dan Crawford, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from judgment of conviction in the Circuit Court of Jackson County of three counts of robbery, § 569.020, R.S.Mo. 1978, and sentence to fifteen years' imprisonment on the first count and ten years' on the second count, such sentences to run consecutively, as well as a sentence to ten years' imprisonment on the third count to

run concurrently with the sentences on Counts I and II.

Affirmed. Rule 30.25(b).